IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 26, 2011

Lyle W. Cayce
Clerk

No. 08-10630

RICHARD FRAME; WENDELL DECKER; SCOTT UPDIKE; J N, a minor, by his
next friend and mother Gabriela Castro; MARK HAMMAN; JOEY SALAS

Plaintiffs - Appellants

vs.

CITY OF ARLINGTON, A Municipal Corporation

Defendant - Appellee

- - - - -
Appeals from the United States District Court for the
Norther District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion July 7, 2009, 5 Cir., 2009, _____F.3d____)
(Opinion on Panel Rehearing, August 23, 2010,
5 Cir., 2010, _____F.3d____)

(January 26, 2011)

BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK and HAYNES, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.